**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Segundo Manuel REA CAYAMBE<br>Maria Dolores REA MANOBANDA<br>Jefferson REA-REA<br>　　　　　　Petitioners,<br><br>　　　　v.<br><br><br>PATRICIA HYDE, Field Office Director,<br>U.S. Immigration and Customs<br>Enforcement, Boston Field Office,<br>MICHAEL KROL, HSI New England<br>Special Agent in Charge, TODD LYONS,<br>Acting Director, U.S. Immigration and<br>Customs Enforcement, and<br>KRISTI NOEM, Secretary of U.S.<br>Department of Homeland Security,<br><br>　　　　　　Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. _____<br><br><br>**PETITION FOR WRIT OF**<br>**HABEAS CORPUS** |

1. Petitioners Seguondo Manuel Rea Cayambe, Maria Dolores Rea Manobanda, and Jefferson

   Rea-Rea are citizens of Ecuador currently being held unlawfully in federal immigration

   detention in Burlington, Massachusetts.   Petitioners Seguondo and Maria Dolores are the

   parents of Jefferson (age 18).

2. Petitioners were arrested by U.S. Immigration and Customs Enforcement ("ICE") on August

   4, 2025.

3. Petitioners reported to the JFK Federal Building for an Immigration Court hearing on August

   1, 2025.  They were informed by a guard or other employee at the court that they no longer

had a hearing that day, and they should return the following business day, Monday, August 4, 2025.

4.  When Petitioners returned to the JFK Federal Building as directed on August 4, 2025, they were informed that they were issued *in absentia* removal orders on August 1, 2025.  ICE authorities took Petitioners into custody, where they remain.

5.  On information, Petitioners are presently detained in Massachusetts at the Boston Field Office of U.S. Immigration and Customs Enforcement, 1000 District Ave., Burlington, MA 01803.

6.  Respondent Patricia Hyde, or other Respondents of their agents, is Petitioner's immediate custodian.

7.  This Court has jurisdiction pursuant to 28 U.S.C. § 2241.

8.  Venue lies in the District of Massachusetts because, on information and belief, Petitioners are currently detained within this District.

## CLAIM FOR RELIEF

### COUNT I – WRIT OF HABEAS CORPUS

9.  Petitioners' detention is unlawful and violates the Due Process Clause of the Fifth Amendment to the U.S. Constitution.

### PRAYER FOR RELIEF

Wherefore, Petitioners ask this Court to GRANT the following relief:

1.  A writ of habeas corpus requiring that Petitioners be released;

2.  Order that Petitioners not be removed from Massachusetts pending adjudication of this Petition, or that any such transfer necessary due to lack of detention space in Massachusetts be to a neighboring state and be accompanied by a stipulation that jurisdiction and venue remains vested in this Court; and

3.  Any further relief this Court deems just and proper.

Respectfully submitted,

August 4, 2025

**PETITIONERS Segundo Manuel REA CAYAMBE, Maria Dolores REA MANOBANDA, and Jefferson REA-REA**

By their attorney,

/s/ Charles P. McGinty

Charles P. McGinty
B.B.O. # 333480
287 Auburn Street, Suite 106
Newton, MA 02459
charlie_mcginty1@outlook.Com
Tel. 617-678- 1471

CERTIFICATE OF SERVICE

I, Charles McGinty, do hereby certify that I have served this petition on the Asst. U.S. Attorney Rayford Farquhar, the District of Massachusetts, by email.

/s/ Charles P. McGinty
Charles P. McGinty