**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Segundo Manuel REA CAYAMBE, Maria Dolores REA MANOBANDA, Jefferson REA-REA, | ) ) ) ) ) ) | |
| Petitioners, | ) ) | C.A. No. 1:25-CV-12186-WGY |
| v. | ) ) ) ) ) | **PETITIONERS' MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |
| PATRICIA HYDE, Field Office Director, U.S. Immigration and Customs Enforcement, Boston Field Office, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of U.S. Department of Homeland Security, | ) ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) ) | |

Petitioners Segundo Manuel Rea Cayambe, Maria Dolores Rea Manobanda, and Jefferson Rea-Rea, by counsel, hereby move, pursuant to Rule 41(a), Fed. R. Civ. P., to voluntarily dismiss the above action.

Each petitioner has met with their Immigration counsel, Robin N. Nice, Esq. or Grace Denny, Esq, of the law firm McHaffey & Nice, LLC. These counsel affirm that, after a full discussion with each petitioner of their rights, each petitioner has expressed their intention to withdraw the petition and are consenting to being deported pursuant to removal orders. For this reason, undersigned counsel, in consultation with above counsel, hereby moves for voluntary

1

dismissal of the petition under Rule 41(a), since the opposing party has neither served an answer

nor filed a motion for summary judgment.

Respectfully submitted,

August 12, 2025                **PETITIONERS Segundo Manuel REA
                              AYAMBE, Maria Dolores REA MANOBANDA,
                              Jefferson REA-REA**

                              By their attorney,

                              /s/ Charles P. McGinty

                              Charles P. McGinty
                              B.B.O. # 333480
                              287 Auburn Street, Suite 106
                              Newton, MA 02459
                              charlie_mcginty1@outlook.Com
                              Tel. 617-678-1471

<u>CERTIFICATE OF SERVICE</u>

I, Charles McGinty, do hereby certify that I have served this petition on the Asst. U.S. Attorney Julian N. Canzoneri, julian.canzoneri@usdoj.gov, Andrew.Bell2@usdoj.gov, by email.

                              /s/ Charles P. McGinty
                              Charles P. McGinty

2